IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN POLK**                                                                                       **PLAINTIFF**

V.                                      CASE NO. 4:24-cv-00810 JM

**JASON GRAY, Institutional Release**
**Officer, Arkansas Division of Correction**                                                         **DEFENDANT**

## ORDER

Plaintiff Allen Polk filed this *pro se* 42 U.S.C. § 1983 action against ADC employee Jason Gray, who is employed by the Ouachita River Unit. (Doc. 2). He appears to challenge Gray's actions against him while he was housed at the Ouachita River Unit. Based on the facts alleged, it appears that venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Mr. Polk's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 6th day of February, 2025.

_____
UNITED STATE DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.